UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

ELNORA BARBARA LAVERNE WATSON,          Case No. 12-12444

      Plaintiff.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

In the June 6, 2012 order transferring this case from the court's miscellaneous docket to its civil docket, the court directed Plaintiff either to pay the statutory filing fee for this action, *see* 28 U.S.C. § 1914(a), or to file a sworn application to proceed *in forma pauperis*, *see id.* § 1915(a)(1), within fourteen days from the entry of that order. That time has now expired without any action from Plaintiff, even though the court warned that failure to comply with this requirement would result in dismissal of this action.  Accordingly,

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522